# Appendix B

# [List of Protected Parties]

## **Non-Debtor Affiliates**

- Berkshire Hathaway, Inc.
- BH Columbia Inc.
- Columbia Insurance Company
- National Indemnity Company
- Resolute Management, Inc.
- Ringwalt & Liesche Co.

## **Alleged Successors/Indemnified Parties[1]**

- Bain Capital
- Brenntag AG
- Brenntag Canada Inc.
- Brenntag Great Lakes, LLC
- Brenntag Mid-South, Inc.
- Brenntag North America
- Brenntag North America, Inc.
- Brenntag Northeast, Inc.
- Brenntag Pacific, Inc.
- Brenntag Southeast, Inc.
- Brenntag Southwest, Inc.
- Brenntag Specialties, Inc.
- Brenntag Specialties LLC
- Coastal Chemical Co., LLC
- Mineral and Pigment Solutions, Inc.
- Mineral Pigment Solutions, Inc.

---

[1] Nothing herein shall constitute an admission as to the validity, extent, or priority of any Indemnification Claim asserted against the Debtors. The Debtors reserve all rights and defenses as to such claims.