UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| Whittaker, Clark & Daniels, Inc., et al. | Case Number: | 23-13575 |
| vs. | Civil Number: | |
| Brenntag AG, et al. | Adversary Number: | 23-01245 |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☒ Other  #371 Certificate of Service

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  December 3, 2024.    The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Official Committee of Talc Claimants | Appellee(s): | Whittaker, Clark & Daniels |
| Attorney: | Arthur J. Abramowitz, Esq. | Attorney: | Michael D. Sirota, Esq. |
| Address: | 308 Harper Drive, Suite 200 | Address: | 25 Main Street |
| | Moorestown, NJ 08057 | | Hackensack, NJ 07601 |

Title of Order Appealed: #366 Order Enforcing Automatic Stay and Preliminary Enjoining Certain Actions Against Non-Debtors

Date Entered On Docket:  November 20, 2024

☐   An appeal has not previously been filed in this case.

☒   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 24-CV-09185-ZNQ | Judge Zahid N. Quraishi | September 12, 2024 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

rev. 8/28/17